IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Docket No. 3:24-CR-00260-2-MOC

| UNITED STATES OF AMERICA | |
|---|---|
| vs. | **MOTION TO SEAL** |
| JADE ASHLYNN STONE, | |
| Defendant. | |

NOW COMES Defendant Jade Ashlynn Stone, by and through her attorney Mekka Jeffers-Nelson, hereby moves this Court for an order to file under seal defendant's Sentencing Memorandum & Motion for Departure and/or Variance. The Defendant requests that this document be sealed due to the sensitive nature of some of the assertions made therein.

WHEREFORE, Ms. Stone requests leave to file her Sentencing Memorandum & Motion for Departure and/or Variance as a sealed document and for an order sealing such document upon its filing date.

This the 6th day of March 2026.

Respectfully submitted,

**s/ Mekka Jeffers-Nelson**
Mekka Jeffers-Nelson Bar Number: 26918
Attorney for Defendant
P.O. Box 49631
Charlotte, North Carolina 28277-0082
Telephone: (704) 544-6728
Fax: (704) 544-7985
E-mail: jnelson166@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on March <u>6</u>, 2026, I served a true and correct copy of the foregoing Motion to Seal electronically through the ECF System in use in the United States District Court for the Western District of North Carolina, on the following interested parties of record:

Caryn.Finley@usdoj.gov

**s/ Mekka Jeffers-Nelson**
Mekka Jeffers-Nelson Bar Number: 26918
Attorney for Defendant
P.O. Box 49631
Charlotte, North Carolina 28277-0082
Telephone: (704) 544-6728
Fax: (704) 544-7985
E-mail: jnelson166@aol.com